UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Robert C. Knox ) CASE NO. 06-2481
)
    Plaintiff, )
) JUDGE CHRISTOPHER BOYKO
vs. )
) ORDER
Michael J. Astrue, Commissioner of
Social Security
)
)
    Defendants. )
)

This Court having reviewed the Plaintiff's APPLICATION FOR PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (Doc.# 24 ), and the DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR FEES PURSUANT TO EAJA (Doc.# 25 ), and the REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR FEES PURSUANT TO EAJA (Doc. #26), and having conducted a *de novo* review of the issues raised, finds Plaintiff is a "prevailing party"; the Government's position was not substantially justified; no special circumstances make an award of fees unjust; Plaintiff's fee application was timely; and GRANTS Plaintiff's Motion for fees in the amount of $5,791.50(Doc. #24).

This Court denies the request for an additional 8 hours for time spent in researching and writing the Reply.

IT IS SO ORDERED.

Dated: 01/08/2008

*Christopher A Boyko*
CHRISTOPHER BOYKO
UNITED STATES DISTRICT JUDGE